**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-81252-CIV-CANNON/McCabe**

**GROUNDHOG ENTERPRISES, INC.,**
*d/b/a Merchant Lynx Services*,

        Plaintiff,

v.

**CRAIG DEVLIN**
and **FREEDOM EDGE LLC**,

        Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge McCabe's Report and Recommendation (the "Report"), issued on June 26, 2026 [ECF No. 33].  The Report recommends that Plaintiff's Motion for Default Judgment (the "Motion") [ECF No. 29] be granted as follows: (1) entry of Final Default Judgment in favor of Plaintiff Groundhog Enterprises, Inc. d/b/a Merchant Lynx Services, and against Defendant Freedom Edge, LLC on Counts I and II; and (2) entry of Final Default Judgment in favor of Plaintiff Groundhog Enterprises, Inc. d/b/a Merchant Lynx Services, and against Defendants Freedom Edge, LLC and Craig Devlin on Counts III, IV, and V [ECF No. 33].  Plaintiff filed a Notice of Non-Objection to the Report [ECF No. 34].  Defendants filed no objections to the Report, and the time to do so has expired. Upon review of the Report, the Motion, and the record, the Report [ECF No. 33] is **ACCEPTED**, and the Motion [ECF No. 29] is **GRANTED** for the reasons stated in the Report.

CASE NO. 25-81252-CIV-CANNON/McCabe

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

\*\*\*

Following review, the Court finds no clear error in the well-reasoned Report.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation [ECF No. 33] is **ACCEPTED**.

2.  Plaintiff's Motion for Default Judgment [ECF No. 29] is **GRANTED** to the extent recommended in the Report:

    a.  Default Judgment shall be entered in favor of Plaintiff Groundhog Enterprises, Inc. d/b/a Merchant Lynx Services, and against Defendant Freedom Edge, LLC on Counts I and II [ECF No. 33].

    b.  Default Judgment shall be entered in favor of Plaintiff Groundhog Enterprises, Inc. d/b/a Merchant Lynx Services, and against Defendants Freedom Edge, LLC and Craig Devlin on Counts III, IV, and V [ECF No. 33].

3. A separate Final Default Judgment will be entered by separate order.

4. The **CLERK** shall **MAIL** a copy of this Order to the defaulted Defendants at the addresses listed below and file a Notice of Compliance.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of July 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

**Craig Devlin**
681 Diamond Pond Road
Colebrook, New Hampshire 03576
**PRO SE**

**Freedom Edge LLC**
**c/o Craig Devlin**
681 Diamond Pond Road
Colebrook, New Hampshire 03576
**PRO SE**